UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JUL 2 9 2010

David J. Bradley, Clerk of Court

IN RE: §
§
CBM Education Center of San Antonio, Inc §
§   BANKRUPTCY CASE NUMBER
(Debtor), §   92-20109
§
§

## PETITION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, Attorney-in-Fact for Mary E. Slusher hereby petitions the Court for $475.20 being held in the Registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds for Mary E. Slusher, creditor.

IF APPLICANT IS A FUNDS LOCATOR, this application includes a Power of Attorney authorizing the undersigned, <u>Dilks & Knopik, LLC</u>, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds.

The creditor did not receive the dividend check in the above case for the following reasons:

The original dividend check was mailed to Mary E. Slusher at 2126 Niagara, Corpus Christi, TX 78405. That address is no longer valid. The change of address may have prevented delivery of the original dividend check.

The creditor(s) current/correct mailing address is:

    Mary E. Slusher
    837 Rosedale Dr., #4
    Corpus Christi, TX 78411-2511
    Phone No.  361-425-2807

Unclaimed.fds
06/23/98

Dated: <u>July 22, 2010</u>

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027
(425)-836-5728

On  7|22|10   before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

Caryn M. Dilks, Notary Public
My commission expires: July 29, 2010
Notary in and for the State of Washington



Unclaimed.fds
06/23/98

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

RE: CBM Education Center of San Antonio, Inc

Debtor(s)

Case: 92-20109

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Mary E. Slusher** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$475.20** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_/s/ Mary E. Slusher_
Mary E. Slusher

Date: July 13, 2010

Tax ID: XXX-XX-2908

### ACKNOWLEDGMENT

STATE OF TEXAS )        COUNTY OF NUECES )

On this 13th day of July, 2010, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Mary E. Slusher known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Alicia Serrano_

Residing at 1630 S. Brownlee CC Tx 78404

My Commission expires 11-25-2012

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RE: ) | Case: 92-20109 |
| ) | |
| CBM Education Center of San Antonio, Inc ) | **AFFIDAVIT IN SUPPORT OF** |
| ) | **APPLICATION FOR PAYMENT** |
| Debtor(s) ) | **OF UNCLAIMED FUNDS** |

I, Mary E. Slusher, under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $475.20, which is the sum of all monies deposited with the court in the above referenced case on behalf of the creditor Mary E. Slusher.

2. I have appointed Dilks & Knopik, LLC, as my lawful Attorney-in-Fact, who is duly authorized by the attached original Power of Attorney to file this Application for Payment of Unclaimed Funds.

3. I was a creditor in the above mentioned case.

4. The original disbursement check was never represented for payment within 90 days after issuance because: <u>The original check was never received by the creditor due to a change in mailing address</u>.

5. The following is my current address and phone number:
   Mary E. Slusher
   837 Rosedale Dr., #4
   Corpus Christi, TX  78411-2511

6. At the time of the above bankruptcy, I had a mailing address of 2126 Niagara, Corpus Christi, TX 78405.

7. It has been over 10 years since I have used the 2126 Niagara, Corpus Christi, TX 78405 address and after a diligent search I have been unable to find anything showing that address.

For this reason it is overly burdensome and may be impossible to provide documentation verifying the specific address of record. I pray that the court will accept this affidavit as proof of address.

Dated 07-13-2010     By: _Mary E. Slusher_ (signature)
                          Mary E. Slusher

STATE OF  TEXAS  , COUNTY OF  Nueces

On  July 13 2010  before me, personally appeared (insert name of the signer)
  MARY E. SLUSHER

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

Notary Public (signature)

My commission expires on  11-25-2012

